# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 6, 2021

## NO. 03-20-00125-CV

**Jimmy Ray Sepeda and Hortencia Sepeda, Appellants**

**v.**

**Madison Revolving Trust 2017; Select Portfolio Servicing, Inc.; and
Shapiro Schwartz, LLP, Appellees**

### APPEAL FROM THE 21ST DISTRICT COURT OF BASTROP COUNTY
### BEFORE JUSTICES GOODWIN, TRIANA, AND KELLY
### AFFIRMED -- OPINION BY JUSTICE KELLY

This is an appeal from the judgment signed by the trial court on January 16, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Appellants shall pay all costs relating to this appeal, both in this Court and in the court below.